**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re     Karl D. Rague and Claire F. Rague | Chapter: 13 |
| | Case No: 13–10569 |
| Debtor | Judge Frank J. Bailey |

**ORDER OF DISMISSAL**

    Due to the failure of the Debtor to comply with the Court's Order of **FEBRUARY 1, 2013** , and the Debtor having failed to file timely the **Exhibit D for debtor Karl D. Rague and Evidence of Current and Sufficient Liability and Property Insurance** , it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

By the Court,

*Frank J Bailey*
U.S. Bankruptcy Judge     02/20/2013