**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Karl D. Rague and Claire F. Rague        **Case/AP Number** 13-10569 **-FJB**
**Chapter** 13

#26 Supplemental Motion filed by Joint Debtor Claire F. Rague, Debtor Karl D. Rague to Vacate RE: [22] Order dated 02/20/2013 Dismissing Case.

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

As all outstanding documents have been filed, the Court's order dated February 20, 2013 [Doc. 22] is vacated and this case is reinstated.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 02/26/2013
Frank J. Bailey
United States Bankruptcy Judge